UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LYNETTE TATUM-RIOS, :
                             Plaintiff, :
: 20 Civ. 1582 (LGS)
        -against- :
: ORDER
JOSIE MARAN COSMETICS, LLC, :
                           Defendant. :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for April 23, 2020, 10:50 a.m.;

WHEREAS, the Order, dated March 6, 2020, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference (Dkt. No. 5), and the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file these materials as soon as possible and no later than **April 20, 2020**.

Dated: April 17, 2020
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE