UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LYNETTE TATUM-RIOS,                                         :
                             Plaintiff        :
:      20 Civ. 1582 (LGS)
            -against-                                     :
:      <u>ORDER</u>
JOSIE MARAN COSMETICS, LLC.                                 :
                           Defendant.        :
------------------------------------------------------------:
X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for April 23, 2020, at 10:50 a.m.;

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan (Dkt. No. 10). It is hereby

      **ORDERED** that the April 23, 2020 initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

      **ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

      **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

      The parties should be aware that the Court does not extend the deadlines for fact and

expert discovery absent compelling circumstances.

Dated: April 21, 2020
      New York, New York

                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**