UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LYNETTE TATUM-RIOS,
                              Plaintiff

            -against-

JOSIE MARAN COSMETICS, LLC.
                             Defendant.
------------------------------------------------------------X

20 Civ. 1582 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Civil Case Management Plan at Dkt. No. 13 requires the parties to file a joint status letter on discovery progress by June 22, 2020.  The parties did not timely file this letter.  It is hereby

    **ORDERED** that the parties shall file the joint status letter as soon as possible and no later than **June 26, 2020**.

Dated: June 23, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**